# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

MAYA BOYETTE, ETAL
       Plaintiff(s)

v.   CIVIL ACTION NO. 98-10377-GAO

WILLIAM GALVIN
       Defendant(s)

**JUDGMENT IN A CIVIL CASE**

   O'TOOLE   , D.J.

G   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been heard and a decision has been rendered as set forth in the Court's Memorandum and Order, dated 2/12/2001, and Memorandum and Order, dated 3/31/04.

**ACCORDINGLY, IT IS ORDERED AND ADJUDGED AND DECLARED:**

the Anti-Aid and Religious Exclusions contained in Amendment Article 48 to the Massachusetts constitution are not invalid as violative of the First and Fourteenth Amendments to the United States Constitution.

Judgment shall enter in favor of the defendants under all counts of the amended complaint.

TONY ANASTAS,
CLERK OF COURT

Dated: 3/31/04                   By   PAUL S. LYNESS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAYA BOYETTE, ETAL
    Plaintiff(s)

    v.            CIVIL ACTION NO. 98-10377-GAO

WILLIAM GALVIN
    Defendant(s)

**JUDGMENT IN A CIVIL CASE**

   O'TOOLE  , D.J.

**G** **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been heard and a decision has been rendered as set forth in the Court's Memorandum and Order, dated 2/12/2001, and Memorandum and Order, dated 3/31/04.

  **ACCORDINGLY, IT IS ORDERED AND ADJUDGED AND DECLARED:**

   the Anti-Aid and Religious Exclusions contained in Amendment Article 48 to the Massachusetts constitution are not invalid as violative of the First and Fourteenth Amendments to the United States Constitution.

   Judgment shall enter in favor of the defendants under all counts of the amended complaint.

                   TONY ANASTAS,
                   CLERK OF COURT

Dated: 3/31/04             By PAUL S. LYNESS

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<u>MAYA BOYETTE, ETAL</u>
        Plaintiff(s)

      v.                        CIVIL ACTION NO. <u>98-10377-GAO</u>

<u>WILLIAM GALVIN</u>
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

<u>    O'TOOLE    </u>, D.J.

**G**    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been heard and a decision has been rendered as set forth in the Court's Memorandum and Order, dated 2/12/2001, and Memorandum and Order, dated 3/31/04.

**ACCORDINGLY, IT IS  ORDERED AND ADJUDGED AND DECLARED:**

    the Anti-Aid and Religious Exclusions contained in Amendment Article 48 to the Massachusetts constitution are not invalid as violative of the First and Fourteenth Amendments to the United States Constitution.

    Judgment shall enter in favor of the defendants under all counts of the amended complaint.

    TONY ANASTAS,
    CLERK OF COURT

Dated: <u>3/31/04</u>                  By <u>  PAUL S. LYNESS  </u>

Deputy Clerk

(Boyette  Jgt in civil case draft.wpd - 11/98)
[jgm.]

Deputy Clerk

(Boyette  Jgt in civil case draft.wpd - 11/98)
[jgm.]

Deputy Clerk

(Boyette  Jgt in civil case draft.wpd - 11/98)
[jgm.]